# United States District Court
EASTERN DISTRICT OF WISCONSIN

**KALEIGH ANDREWS,**
        **Plaintiff,**

    v.

**GENERAC POWER SYSTEMS, INC.,**
        **Defendant.**

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-673

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: December 13, 2024

GINA M. COLLETTI
Clerk of Court

*s Ross Miller*
(By) Deputy Clerk